IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–08–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ROGER OSIE NICKERSON, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 26.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Roger Osie Nickerson is charged with one count of conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846 (Count I), one count of possession with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) (Count II), and two counts of distribution of controlled

1

substances, in violation of 21 U.S.C. § 841(a)(1) (Counts III–IV), as set forth in the Indictment. (Doc. 1.) Judge DeSoto recommends that this Court accept Nickerson's guilty plea as to Count IV after Nickerson appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 26) is ADOPTED in full.

IT IS FURTHER ORDERED that Nickerson's motion to change plea (Doc. 20) is GRANTED.

IT IS FURTHER ORDERED that Nickerson is adjudged guilty as charged in Count IV of the Indictment.

DATED this 31st day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court